02-12-400-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00400-CV

 

 


 
 
 In the Interest of A.G., A Child
  
  
  
  
  
  
 
 
 §
  
 §
  
 §
  
 §
  
 
 
 From the 271st District Court
  
 of Wise County (CV10-08-627)
  
 March 21, 2013
  
 Opinion by Justice McCoy
 
 


 

 

JUDGMENT

 

          This court has considered the record on
appeal in this case and holds that the appeal should be dismissed.  It is
ordered that the appeal is dismissed for want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS


 

 

 

By_________________________________

    Justice Bob McCoy

 

 

 

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00384-CV

 

 


 
 
 IN THE INTEREST OF K.R.G., A CHILD
 
 
  
 
 
  
 
 


                                                                                                                             

 

------------

 

FROM THE
271ST DISTRICT COURT OF WISE COUNTY

 

------------

 

NO. 02-12-00400-CV

 

 


 
 
 IN THE INTEREST OF A.G., A CHILD
 
 
  
 
 
  
 
 


                                                                                                                             

 

------------

 

FROM THE 271ST
DISTRICT COURT OF WISE COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

          On February 26, 2013, this court sent the
parties a letter about its renewed concern that it lacked jurisdiction over the
appeal in cause number 02-12-00400-CV, pertaining to A.G., because the order of
termination did not appear to be a final, appealable order and because the case
remained pending in the trial court.  We requested that the appellants or any
party desiring to continue the appeal file with the court on or before March 8,
2013, a response showing grounds for continuing the appeal or we would sever
this appeal from cause number 02-12-00384-CV, pertaining to K.R.G., and dismiss
the appeal in cause number 02-12-00400-CV for want of jurisdiction.  See
Tex. R. App. P. 42.3(a), 44.3.  Although both appellants have filed responses
in this court, neither response shows grounds for continuing the appeal in
cause number 02-12-00400-CV.  Cf. Lehman v. Har-Con Corp., 39 S.W.3d
191, 195 (Tex. 2001) (“[T]he general rule, with a few mostly statutory
exceptions, is that an appeal may be taken only from a final judgment.”). 
Therefore, we sever the appeal in cause number 02-12-00384-CV from the appeal
in cause number 02-12-00400-CV, and we dismiss the appeal in cause number
02-12-00400-CV for want of jurisdiction.

 

                                                                             BOB
MCCOY

                                                                             JUSTICE

 

PANEL:  LIVINGSTON, C.J.; MCCOY and GABRIEL, JJ.

 

DELIVERED:  March 21, 2013









[1]See
Tex. R. App. P. 47.4.